# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

    Plaintiff,

v.                                                                                CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on the parties' *Joint Status Report*, (Doc. 24), filed August 1, 2019. In their Report, Plaintiffs request a period of notice-related discovery and the opportunity to submit a discovery plan to facilitate a resolution of current discovery-related disputes. The parties also request a telephonic status conference to provide additional details on the issues identified in their Report. (Doc. 24).

**IT IS THEREFORE ORDERED** that a status conference will be held by telephone on **Monday, August 12, 2019, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE