# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

      Plaintiff,

v.                                                           CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

      Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on the parties' *Joint Status Report*, (Doc. 24), filed August 1, 2019, and the Telephonic Status Conference, (Doc. 25), held August 12, 2019.

**IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, August 27, 2019, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                                      THE HONORABLE CARMEN E. GARZA
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE