# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

    Plaintiff,

v.                                                                    CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendant.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on the parties' communication to the Court. The parties have requested an extension of time to exchange proposed discovery plans and submit a finalized plan to the Court.

**IT IS THEREFORE ORDERED** that the status conference scheduled for Tuesday, August 27, 2019, is **VACATED** and **RESET** for **September 4, 2019, at 10:30a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS FURTHER ORDERED** that the parties submit their proposed discovery plan to the Court no later than **Friday, August 30, 2019**.

**IT IS SO ORDERED**.

                                                   THE HONORABLE CARMEN E. GARZA
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE