**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JEREMY BELL,

    Plaintiff,

v.                                             CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendant.

## ORDER ADOPTING JOINT PROPOSED DISCOVERY PLAN

**THIS MATTER** is before the Court on the parties' *Joint Proposed Discovery Plan*, (Doc. 30). Following a review of the parties' *Joint Proposed Discovery Plan*, (Doc. 30), and after conferring with counsel, the Court hereby adopts the *Joint Proposed Discovery Plan* and sets forth the deadlines for notice-related discovery as follows:

1. Written Discovery is to be completed by **November 18, 2019**;
2. Depositions must be completed no later than **December 3, 2019**;
3. The parties may amend the pleadings to join additional parties no later than **January 2, 2020**;
4. The parties may move for additional or corrective notice no later than **January 2, 2020**; and
5. The parties may move for equitable tolling no later than **January 2, 2020**.

These deadlines may only be modified by Court order upon a showing of good cause.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE