# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

    Plaintiff,

v.                                               CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendant.

## AMENDED ORDER FOR JOINT STATUS REPORT AND SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. Pursuant to the Court's *Order Adopting Joint Proposed Discovery Plan*, (Doc. 32), filed September 4, 2019, notice-related discovery is scheduled to be completed on December 3, 2019.

**IT IS THEREFORE ORDERED** that the parties shall submit a Joint Status Report no later than **January 3, 2020**, outlining the status of notice-related discovery and the current posture of this case. In addition, the parties shall formulate a discovery plan for non-class discovery, if necessary, and identify the next steps for the timely progression of this case.

**IT IS FURTHER ORDERED** that a status conference will be held by telephone on **Wednesday, January 15, 2020, at 10:00 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE