IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

    Plaintiff,

v.                                                    CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Defendants' *Status Report* (the "Status Report"), (Doc. 35), filed January 6, 2020, and the Court's *Amended Order for Joint Status Report and Setting Telephonic Status Conference* (the "Order"), (Doc. 34), filed December 30, 2019. In the Court's Order, the parties were directed to "outlin[e] the status of notice-related discovery and the current posture of this case," and "formulate a discovery plan for non-class discovery, if necessary, and identify the next steps for the timely progression of this case." (Doc. 34 at 1). However, in Defendants' Status Report, they explained "the current posture of this case is unchanged" and "Plaintiff has not responded to emails []." (Doc. 35 at 1).

**IT IS THEREFORE ORDERED** that the parties shall file an Amended Joint Status Report no later than **January 17, 2020**. In the Amended Joint Status Report, Plaintiff and Defendants are instructed to comply with the Court's Order, (Doc. 34), and explain why sanctions should not be imposed for counsel's failure to timely comply. Further failure to comply with this Order will result in a Show Cause hearing to be held in Las Cruces.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE