# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

    Plaintiff,

v.                                                                     CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendant.

## ORDER VACATING AND RESETTING STATUS CONFERENCE

**THIS MATTER** is before the Court on Defendants' *Status Report*, (Doc. 35), filed January 6, 2020; the Court's *Amended Order for Joint Status Report and Setting Telephonic Status Conference*, (Doc. 34), filed December 30, 2019; and the Court's *Order to Show Cause*, (Doc. 36), filed January 8, 2020.

**IT IS THEREFORE ORDERED** that the status conference scheduled on **Wednesday, January 15, 2020, at 10:00 a.m.** is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the status conference shall be reset for **Monday, January 27, 2020, at 2:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE