# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

    Plaintiff,

v.                                CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendants.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court on Plaintiff's Motion to Extend the Discovery Deadline.

**IT IS HEREBY ORDERED** that:

(1)     Plaintiff may file a Motion to Extend, Modify, or Continue the Discovery Deadline on or before **February 3, 2020**;

(2)     Defendant may file a Response on or before **February 13, 2020**;

(3)     Plaintiff may file a Reply on or before **February 20, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE