IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

       Plaintiff,

v.                                                                                     CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

       Defendants.

## ORDER VACATING BRIEFING SCHEDULE

**THIS MATTER** is before the Court on Plaintiff's communication to the Court. Plaintiff explained that he will not file a motion to extend notice-related discovery. As a result, the Court finds the *Order Setting Briefing Schedule*, (Doc. 40), is hereby **VACATED**.

Instead, the parties are instructed to confer and submit a case management plan detailing a proposed timeline for litigating this case moving forward. Counsel shall submit their proposed case management plan no later than **February 24, 2020**.

**IT IS FURTHER ORDERED** that a status conference shall be conducted by telephone on **February 27, 2020, at 2:30p.m.**, to discuss the parties' submission. Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE