IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

    Plaintiff,

v.                                                                                                        CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendants.

## AMENDED ORDER SETTING STATUS CONFERENCE

**THIS MATTER** is before the Court on the parties' submission of alternative dates to complete their proposed case management plan and participate in a telephonic status conference. As a result, counsel shall submit their proposed case management plan no later than **February 21, 2020**.

**IT IS FURTHER ORDERED** that a status conference shall be conducted by telephone on **February 25, 2020, at 2:00p.m.**, to discuss the parties' submission. Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings. The telephonic status conference previously scheduled for **February 27, 2020**, is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE