**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JEREMY BELL, et al.,

        Plaintiffs,

v.                                                  CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

        Defendants.

**ORDER RESETTING TELEPHONIC STATUS CONFERENCE
AND SETTLEMENT CONFERENCE**

        **THIS MATTER** is before the Court upon conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that the settlement conference scheduled for **May 14, 2020**, is **VACATED**. The settlement conference shall be **RESET** for **Thursday, June 11, 2020, at 9:00 a.m., via Zoom.** A telephonic status conference will be held on **Tuesday, June 2, 2020, at 3:00 p.m.** to discuss the parties' positions.

        **IT IS FURTHER ORDERED** that before June 2, 2020, counsel shall confer with one another about their clients' respective positions. On June 2, 2020, at 3:00 p.m., counsel shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, for a pre-settlement telephonic status conference.

        **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE