### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

    Plaintiff,

v.       CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court after conferring with counsel. **IT IS HEREBY ORDERED** that the settlement conference scheduled to occur on **Thursday, June 11, 2020, at 9:00 a.m.** is hereby **VACATED**.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE