**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JEREMY BELL,

        Plaintiff,

v.                                                                        CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

        Defendant.

## ORDER VACATING STATUS CONFERENCE

**THIS MATTER** is before the Court upon communication from counsel. Counsel has requested the status conference set for July 14, 2020, be vacated and reset after the completion of depositions at the end of July.

**IT IS THEREFORE ORDERED** that the status conference scheduled to occur on **Tuesday, July 14, 2020,** is **VACATED**. The Court will reset the status conference by separate Order after the completion of the parties' scheduled depositions.

**IT IS FURTHER ORDERED** that if the parties seek further relief, including an extension of the discovery deadline, a formal motion shall be filed on the docket.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE