IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, et al.,

    Plaintiffs

v.                                       CV No. 17-954 KG/CG

PHILLIP P. MADRON, et al.,

    Defendants.

### ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE

**THIS MATTER** is before the Court on the parties' *Joint Motion for Extension of Discovery Deadline* (the "Motion"), (Doc. 62), filed July 22, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the *Scheduling Order*, (Doc. 45), is amended to extend the discovery deadline from August 24, 2020 to August 31, 2020. All other deadlines contained in the *Scheduling Order* remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE