IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, et al.,

    Plaintiffs

v.                                       CV No. 17-954 KG/CG

PHILLIP P. MADRON, et al.,

    Defendants.

### ORDER GRANTING MOTION TO EXTEND MOTION TO COMPEL DEADLINE

**THIS MATTER** is before the Court on Plaintiffs' *Unopposed Motion to Extend Motion to Compel Deadline* (the "Motion"), (Doc. 65), filed August 6, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until August 31, 2020, to file a Motion to Compel answers and responses to Plaintiffs' First set of Interrogatories and Requests for Production.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE