IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

        Plaintiff,

v.                                                                                              CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

        Defendants.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court after conferring with counsel. **IT IS HEREBY ORDERED** that the parties shall file a Joint Status Report outlining the case posture and the plan for further proceedings no later than **September 30, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE