**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JEREMY BELL, et al.,

      Plaintiffs

v.                                             CV No. 17-954 KG/CG

PHILLIP P. MADRON, et al.,

      Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO CONDUCT LIMITED
DISCOVERY AND FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE**

     **THIS MATTER** is before the Court on Defendants Phillip P. Madron and Madron

Services, Inc.'s *Unopposed Motion for Leave to Conduct Limited Discovery and for Extension

of Dispositive Motion Deadline* (the "Motion"), (Doc. 76), filed on August 26, 2020. The Court,

having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and

shall be **GRANTED**.

     **IT IS THEREFORE ORDERED** that discovery shall close on **October 31, 2020**, for the

limited purpose of serving written discovery on and deposing Joshua Bull and Thomas

Bergman.

     **IT IS FURTHER ORDERED** that the deadline for discovery motions shall be extended

to **November 14, 2020**, the deadline for pretrial motions shall be extended to **November 24,

2020**, and the deadline for the consolidated final Pretrial Order shall be extended to **January

23, 2020**. All other deadlines contained in the Court's *Scheduling Order*, (Doc. 45), remain in

effect unless amended by further order of the Court.

     **IT IS SO ORDERED**.

                                       _____

                                     THE HONORABLE CARMEN E. GARZA
                                     CHIEF UNITED STATES MAGISTRATE JUDGE