IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, et al.,

    Plaintiffs,

v.                                                       CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING

**THIS MATTER** is before the Court on Plaintiffs' *Motion for Extension of Time to Complete Discovery and Extend Deadlines* (the "Motion"), (Doc. 83), filed September 23, 2020. **IT IS HEREBY ORDERED** that the parties shall submit expedited briefing on the Motion as follows:

    1.    Defendants shall file a response to the Motion no later than **5:00 p.m. on Thursday, October 1, 2020**; and

    2.    Plaintiffs may file a reply to the Motion no later than **5:00 p.m. on Monday, October 5, 2020**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE