IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, et al.,

    Plaintiffs,

v.                                                              CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on *Motion for Extension of Time to Complete Discovery and Extend Deadlines* (the "Motion"), (Doc. 83), filed September 23, 2020.

**IT IS HEREBY ORDERED** that a telephonic Motion Hearing is scheduled for **Wednesday, October 7, 2020, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE