IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, et al.,

    Plaintiffs,

v.                                                                       CV No. 17-954 KG/CG

PHILLIP P. MADRON, et al.,

    Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART
## MOTION TO EXTEND REPLY DEADLINE AND CONTINUE HEARING

**THIS MATTER** is before the Court on the Plaintiffs' *Motion to Extend Reply Deadline and Continue Hearing* (the "Motion"), (Doc. 91), filed October 5, 2020. In their Motion, the Plaintiffs ask the Court for an extension to file a Reply in their *Opposed Motion for Extension of Time to Complete Discovery and Extend Deadlines,* (Doc. 83), filed September 23, 2020, until October 12, 2020, (Doc. 91 at 3). Plaintiffs do not indicate whether the Motion is opposed by Defendants, (Doc. 91 at 3), in violation of D.N.M.LR-Civ 7.1(a ("Movant must determine whether a motion is opposed, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied."). Plaintiffs' *Exhibit B*, (Doc. 91-2), does not represent a good-faith request for concurrence, pursuant to D.N.M.LR-Civ 7.1(a), given the "late hour and short notice," as admitted by the Plaintiffs in their Motion, (Doc. 91 at 3).

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to extend the Reply deadline is **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to continue the motion hearing currently scheduled for tomorrow, October 7, 2020, is **GRANTED.** The telephonic Motion hearing currently scheduled for tomorrow is hereby rescheduled for **Wednesday, October**

**14, 2020, at 2:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE