# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, et al.,

    Plaintiffs,

v.                                                               CV No. 17-954 KG/CG

PHILLIP P. MADRON, et al.,

    Defendants.

## ORDER VACATING MOTION HEARING

**THIS MATTER** is before the Court upon review of the record. Upon receipt of the Plaintiff's *Notice of Withdrawal* (the "Notice"), (Doc. 93), filed October 13, 2020, the Court shall vacate the Motion Hearing scheduled for Wednesday, October 14, 2020.

**IT IS THEREFORE ORDERED** that the Motion Hearing scheduled for Wednesday, October 14, 2020, at 2:30 p.m. is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE