# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, et al.,

    Plaintiffs,

v.                                                        CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING

**THIS MATTER** is before the Court on Plaintiffs' *Motion to Amend Scheduling Order and to Extend Remaining Deadlines* (the "Motion"), (Doc. 98), filed November 24, 2020. **IT IS HEREBY ORDERED** that the parties shall submit expedited briefing on the Motion as follows:

    1.    Defendants shall file a Response to the Motion no later than **5:00 p.m. on Wednesday, December 2, 2020**; and

    2.    Plaintiffs may file a Reply to the Motion no later than **5:00 p.m. on Monday, December 7, 2020**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE