IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, et al.,

    Plaintiffs,

v.                                            CV No. 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on Plaintiffs' *Motion to Amend Scheduling Order and to Extend Remaining Deadlines* (the "Motion"), (Doc. 98), filed November 24, 2020.

**IT IS HEREBY ORDERED** that a telephonic Motion Hearing is scheduled for **Tuesday, December 15, 2020, at 1:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE