IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, et al.,

    Plaintiffs,

v.                                                                                    CV No. 17-954 KG/CG

PHILLIP P. MADRON, et al.,

    Defendants.

### ORDER GRANTING IN PART MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

**THIS MATTER** is before the Court on Plaintiffs' *Motion to Amend Scheduling Order and to Extend Remaining Deadlines* (the "Motion"), (Doc. 98), filed November 24, 2020. The Court, having considered the Motion, the briefing of the parties, the relevant law, and the remarks of counsel at the hearing, finds, for the reasons stated at the hearing, that the Motion is well-taken and shall be **GRANTED in part**.

    **IT IS THEREFORE ORDERED** that the deadline for pretrial motions shall be extended to **January 14, 2021**. All other deadlines contained in the Court's *Scheduling Order*, (Doc. 45), remain in effect unless amended by further order of the Court. **No further extensions will be granted.**

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE