# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, et al.,

    Plaintiffs

v.                                                  No. CV 17-954 KG/CG

PHILLIP P. MADRON, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND
## DEADLINE TO SERVE SETTLEMENT DEMAND

**THIS MATTER** is before the Court on Plaintiffs' *Motion to Extend Deadline to Serve Settlement Demand* (the "Motion"), (Doc. 120), filed on February 17, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS HEREBY ORDERED** that Plaintiffs' counsel shall serve on Defendants' counsel a concise letter that sets forth a settlement demand itemizing the principal supporting damages or other relief that Plaintiffs assert would appropriately be granted at trial, by no later than **Thursday, February 25, 2021**.

    **IT IS FURTHER ORDERED** that Plaintiffs' counsel shall provide to the Court a copy of the letter sent to the opposing party by no later than **Friday, February 26, 2021**, along with a confidential, concise letter containing an analysis of the strengths and weaknesses of its case. These materials may be submitted to the Court by email: garzaschambers@nmd.uscourts.gov.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE