<b>IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW MEXICO</b>

JEREMY BELL,

    Plaintiff,

v.     No. CV 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendant.

### ORDER SETTING TELEPHONIC PRE-SETTLEMENT STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a pre-settlement status conference will be held by telephone on **June 17, 2021, at 2:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE