IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

    Plaintiff,

v.                                    No. CV 17-954 KG/CG

MADRON SERVICES, INC., et al.,

    Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon conferring with counsel. The Court finds that conducting a settlement conference at the present time would not be fruitful.

**IT IS THEREFORE ORDERED** that the previously scheduled Settlement Conference set for Thursday, June 24, 2021, at 9:00 a.m., is **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE