IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

      Plaintiff,

v.                                                    No. CV 17-954 KG/CG

MADRON SERVICES, INC., et al.,

      Defendants.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties shall meet and confer, and then file a Joint Status Report by no later than **August 13, 2021,** updating the Court on the following:

1. The parties' readiness to participate meaningfully in a settlement conference; and
2. If the parties are ready to participate meaningfully in a settlement conference, the dates when the parties are available for a settlement conference between October 11, 2021, and October 29, 2021, or between November 16, 2021, and November 30, 2021.[1]

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is on criminal duty from November 1, 2021, through November 15, 2021, and thus will be unavailable.