IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL,

      Plaintiff,

v.                                                       No. CV 17-954 KG/CG

MADRON SERVICES, INC., et al.,

      Defendants.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties shall meet and confer, and then file a Joint Status Report by no later than **December 10, 2021,** updating the Court on the following:

1. The parties' readiness to participate meaningfully in a settlement conference; and

2. If the parties are ready to participate meaningfully in a settlement conference, the dates when the parties are available for a settlement conference between January 3, 2022, and January 14, 2022; or after February 1, 2022.[1]

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is on criminal duty from January 17, 2022, through January 31, 2022, and thus will be unavailable.