IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, *and all others*
*similarly situated under 29 USC § 216(b)*,

    Plaintiffs,

v.                                                                                                         Case No. 17-cv-954 KG/CG

MADRON SERVICES, INC., & PHILLIP
P. MADRON, *individually*,

    Defendants.

## ORDER FOR JOINT STATUS REPORT

This matter is before the Court upon its own review of the record. The Court notes that in the last Joint Status Report, filed December 10, 2021, the parties represented that "bankruptcy for Defendant Phillip Madron is imminent." (Doc. 134). The Court has not yet received notice of bankruptcy. The Court further notes that two motions are pending. (Docs. 97 and 113).

Therefore, it is hereby ordered that the parties meet and confer and then file a Joint Status Report not later than February 2, 2022, addressing the following:

1. The status of Defendant's bankruptcy filing; and
2. Whether the pending motions remain in need of a ruling or should be stayed.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE