IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, *and all others
similarly situated under 29 USC § 216(b)*,

    Plaintiffs,

v.                                                          Case No. 17-cv-954 KG/CG

MADRON SERVICES, INC., & PHILLIP
P. MADRON, *individually*,

    Defendants.

## ORDER FOR JOINT STATUS REPORT

This matter is before the Court upon its own review of the record. In their last Joint Status Report, filed February 2, 2021, the parties represented that Defendant Phillip P. Madron had filed a petition for bankruptcy and that a notice of stay was anticipated. (Doc. 137); *see also*, *In Re: Phillip Price Madron*, Case No. 22-10099-t7. The Court notes that as a matter of law, a stay is automatic, 11 U.S.C. § 362, and thus finds that the notice given in the last Status Report is sufficient.

The Court notes, however, that only Phillip P. Madron individually is a debtor in the bankruptcy case while this case includes Madron Services, Inc. as a defendant. This presents the question whether the stay applies only to Mr. Madron individually.

Therefore, it is hereby ordered that the parties meet and confer and then file a Joint Status Report not later than March 2, 2022, addressing the following:

1. Whether the parties agree to stay this case as to all Defendants; or

2. Whether the case can proceed against Madron Services, Inc. without implicating the

bankruptcy estate.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE