# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**JEREMY BELL, et al.,**

    **Plaintiffs,**

**v.**                                                                             **USDC 2:17-CV-00954-KG/CG**

**PHILLIP P. MADRON, et al.,**

    **Defendants.**

## NOTICE OF AUTOMATIC STAY

Please take notice that on February 2, 2022, Phillip Madron filed a voluntary petition for Chapter 7 bankruptcy in the United States Bankruptcy Court for the District of New Mexico, in case designated USBC No. 22-10099-t7. Pursuant to 11 U.S.C. § 362(a), the filing of a bankruptcy petition operates as a stay, applicable to all entities of, *inter alia*, (1) "the commencement or continuation" of any "action or proceeding against the debtor that was or could have been commenced before the commencement of the [bankruptcy] case . . ., or to recover a claim against the debtor that arose before the commencement of the case," (2) "any act to obtain possession of property of the estate . . . or to exercise control over property of the estate," (3) "any act to create, perfect, or enforce . . . any lien against property of the estate," and (4) "any act to create, perfect, or enforce . . . any lien to the extent that such lien secures a claim that arose before the commencement of the [bankruptcy] case . . . ."

This Notice is filed to inform this Court of the bankruptcy filing and is neither an entry of appearance nor representation of Phillip Madron in the above-captioned matter by the undersigned.

Respectfully submitted:

NEPHI D. HARDMAN ATTORNEY AT LAW, LLC
/S/ Nephi D. Hardman
Nephi D. Hardman, Esq.
9400 Holly Ave NE Bldg 4
Albuquerque, NM 87122
P: (505) 944-2494
F: (505) 392-5177
nephi@turnaroundbk.com

I hereby certify that on February 28, 2022, a true and correct copy of the foregoing was uploaded via the Court's CM/ECF system whereupon service was automatically effected upon all parties registered therewith to receive electronic service in this matter.

/s/ 2/28/2022
Nephi D. Hardman, Esq.