IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, et al.,

    Plaintiffs,

v.                                      USDC 2:17-CV-00954-KG/GJF

PHILLIP P. MADRON, et al.,

    Defendants.

## JOINT STATUS REPORT

**COME NOW** the parties, by and through their respective undersigned counsel, and pursuant to the Court's Order for Joint Status Report [Doc. 138] hereby provide this Joint Status Report:

The Court asked the Parties whether they would agree to stay the case as to all Defendants. Counsel for Defendants and counsel for Plaintiffs met and conferred about this issue. Based on the representations from Defendants' counsel that Madron Services, Inc. has no assets to their knowledge and is not operating, the Parties agree to stay the case as to all Defendants. If the situation with this Defendant changes or new information comes to light concerning the financial condition of this Defendant, Plaintiffs' reserve the right to change their position.

                                          Respectfully Submitted:

                                          HINKLE SHANOR LLP

                                          Richard E. Olson
                                          Chelsea R. Green
                                          P.O. Box 10
                                          Roswell, NM 88202-0010
                                          575-622-6510

rolson@hinklelawfirm.com
cgreen@hinklelawfirm.com

**MARION J. CRAIG III, ATTORNEY AT LAW, LLC**
Marion J. Craig, III
P.O. Box 1436
Roswell, NM 88202-1436
575-622-1106
jcraiglawpc@gmail.com
*Attorneys for Phillip P. Madron and Madron Services, Inc.*

**AND**

**BRAZIEL | DIXON, L.L.P.**
J. Derek Braziel
Elizabeth Beck
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
214-749-1400
jdbraziel@l-b-law.com
beck@l-b-law.com

**SIEGEL LAW GROUP PLLC**
Jack Siegel
2820 McKinnon, Suite 5009
Dallas, Texas 75201
214-790-4454
jack@siegellawgroup.biz

## CERTIFICATE OF SERVICE

I hereby certify that on this March 2, 2022, I caused the foregoing *Joint Status Report*, along with this Certificate of Service, to be served and filed electronically through the EC/CMF File & Serve electronic filing system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

HINKLE SHANOR LLP

_____