IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| JEREMY BELL, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | USDC 2:17-CV-00954-KG/GJF |
| | § | |
| PHILLIP P. MADRON, et al., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

PLEASE TAKE NOTICE that Plaintiff by and through his attorneys of BRAZIEL DIXON, LLP, have changed their office suite number. Their address remains the same, and their new suite number effective immediately is the following: feasible

BRAZIEL DIXON, LLP
1910 PACIFIC AVE., STE. **13300**
DALLAS, TX 75201

All non-electronic service of notices and documents should be mailed or delivered to the new office address listed above. All other contact information such as email addresses, phone numbers and fax number will remain the same.

Respectfully submitted,

/s/ J. Derek Braziel
J. DEREK BRAZIEL
Texas Bar No. 00793380
jdbraziel@l-b-law.com
BRAZIEL DIXON, LLP
1910 Pacific Ave., Ste. 12000
Dallas, TX 75201
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on March 31, 2022, a copy of the foregoing was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the attorneys in charge for Defendant.

/s/ J. Derek Braziel
J. DEREK BRAZIEL