IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, *and all others*
*similarly situated under 29 USC § 216(b)*,

    Plaintiffs,

v.                                                       Case No. 17-cv-954 KG/CG

MADRON SERVICES, INC., & PHILLIP
P. MADRON, *individually*,

    Defendants.

## ORDER FOR JOINT STATUS REPORT

This matter is before the Court upon its own review of the record. This case is currently under an automatic stay because Defendant Phillip P. Madron commenced bankruptcy proceedings. *See* (Doc. 137); *see also*, *In Re: Phillip Price Madron*, Case No. 22-10099-t7. In their last status report, the parties consented to also staying the case as to Madron Services, Inc. (Doc. 140). The last Joint Status Report was filed almost a year ago. The Court, therefore, orders the parties to file a new Joint Status Report no later than February 14, 2023, addressing the status of the bankruptcy proceedings and what, if any, litigation the parties anticipate in this case in the future.

    IT IS SO ORDERED.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE