IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY BELL, *and all others
similarly situated under 29 USC § 216(b)*,

    Plaintiffs,

v.                                                 Case No. 17-cv-954 KG/CG

MADRON SERVICES, INC., & PHILLIP
P. MADRON, *individually*,

    Defendants.

## ORDER TO SHOW CAUSE

This is a Fair Labor Standards Act case which has been stayed since February 28, 2022, due to Defendant Phillip P. Madron initiating bankruptcy proceedings. (Doc. 139); *see also*, *In Re: Phillip Price Madron*, Case No. 22-10099-t7. On January 31, 2023, the Court ordered a Joint Status Report (Doc. 143) and Defendants filed one, (Doc. 144), noting that Plaintiff's counsel did not participate, *id*. at 1 n.1. Defendants report that Mr. Madron received a discharge in his bankruptcy proceeding on January 25, 2023. *Id*. at 1; *also* Order of Discharge (Doc. 144) Ex 1. Defendants also report that Madron Services, Inc. is no longer in business, has no assets, and has had its corporate status revoked. (Doc. 144) at 1.

Given these facts, Plaintiff Jeremy Bell is hereby ordered to show cause in writing **no later than February 23, 2023,** why his unsecured claims against Mr. Madron have not been discharged and why this action should not otherwise be dismissed.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE