IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JEREMY BELL,**

    **Plaintiff,**

**v.**                                                                    Civ. No. 2:17-cv-00954 MLG-DLM

**MADRON SERVICES, INC., AND
PHILLIP P. MADRON**

    **Defendants.**

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon the parties' statements at the April 18, 2023, status conference. The parties stated in open court that they agree to dismiss this case. [Doc. 154] Defendant Philip Madron received a discharge in his Chapter 7 Bankruptcy proceeding, No. 22-00099-t7. [Doc. 144] Defendant Madron Services, Inc., is no longer in business, has no assets, and has had its corporate status revoked. [Doc. 144]

Plaintiff's Complaint against Defendant Phillip Madron is DISMISSED without prejudice, subject to the discharge injunction entered in Mr. Madron's bankruptcy case, No. 22-10099-t7, under 11 U.S.C. § 524.

Plaintiff's Complaint against Defendant Madron Services, Inc., is DISMISSED without prejudice.

Final dismissal is entered pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

_____
MATTHEW L. GARCIA
UNITED STATES DISTRICT JUDGE